## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

| | | |
|---|---|---|
| In re: TERRY A. STIEG | § | Case No. 09-70437 |
| JODY L. STIEG | § | |
| | § | |
| Debtors | § | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 02/13/2009.

2)  The plan was confirmed on 04/24/2009.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 01/01/1900.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 07/10/2009, 11/02/2009.

5)  The case was converted on 12/17/2009.

6)  Number of months from filing or conversion to last payment: 2.

7)  Number of months case was pending: 11.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $2,850.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,635.68 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,635.68 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 309.79 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 125.89 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 435.68 |

Attorney fees paid and disclosed by debtor:    $ 300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRIAN A. HART | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 309.79 | 0.00 |
| CITIZENS FINANCE | Sec | 14,500.00 | 14,717.65 | 14,500.00 | 418.74 | 181.26 |
| CITIZENS FINANCE | Uns | 0.00 | 0.00 | 217.65 | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Sec | 14,500.00 | 14,995.19 | 14,500.00 | 418.74 | 181.26 |
| CONSUMER PORTFOLIO SERVICES | Uns | 0.00 | 0.00 | 495.19 | 0.00 | 0.00 |
| 500 FAST CASH | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 151.03 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE | Uns | 580.50 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Uns | 2,480.87 | 924.75 | 924.75 | 0.00 | 0.00 |
| ALLIED DATA CORPORATION | Uns | 308.64 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK NA | Uns | 647.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT, LLC | Uns | 48.78 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT | Uns | 651.74 | NA | NA | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER & | Uns | 1,016.34 | NA | NA | 0.00 | 0.00 |
| BRENNAN & CLARK | Uns | 277.83 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 309.44 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Uns | 597.99 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 182.49 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION SVC | Uns | 2,317.27 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 110.00 | NA | NA | 0.00 | 0.00 |
| DR. STILLWATER COMPANY | Uns | 773.45 | NA | NA | 0.00 | 0.00 |
| FASLO SOLUTIONS LLC | Uns | 766.95 | NA | NA | 0.00 | 0.00 |
| FBCS INC | Uns | 595.00 | NA | NA | 0.00 | 0.00 |
| FIRST FINANCIAL ASSET | Uns | 979.20 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 713.63 | 723.67 | 723.67 | 0.00 | 0.00 |
| FIRST PREMIER | Uns | 575.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Uns | 830.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 562.00 | 584.35 | 584.35 | 0.00 | 0.00 |
| LEADING EDGE RECOVERY SOL. | Uns | 190.80 | NA | NA | 0.00 | 0.00 |
| JEFFESON CAPITAL SYSTEMS LLC | Uns | 814.00 | 814.34 | 814.34 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 18,004.89 | 6,501.86 | 6,501.86 | 0.00 | 0.00 |
| NCO FINANCIAL | Uns | 943.76 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 1,967.47 | 2,316.44 | 2,316.44 | 0.00 | 0.00 |
| NISCANNING | Uns | 2,055.52 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS IMAGING | Uns | 3,864.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| ORAL & FACIAL SURGERY CENTER | Uns | 43.10 | NA | NA | 0.00 | 0.00 |
| ST ANTHONY MEDICAL CENTER | Uns | 1,421.58 | 1,421.58 | 1,421.58 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Uns | 979.00 | 979.20 | 979.20 | 0.00 | 0.00 |
| PEDIATRIC DENTRISTRY | Uns | 456.65 | NA | NA | 0.00 | 0.00 |
| PERRYVILLE SURGICAL | Uns | 1,572.35 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 575.78 | 575.78 | 575.78 | 0.00 | 0.00 |
| PREFERRED CASH LOANS | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS | Uns | 438.00 | NA | NA | 0.00 | 0.00 |
| RMA / CHECK IT | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY PATHOLOGISTS, | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD AMBULATORY | Uns | 363.44 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 137.70 | 137.70 | 137.70 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 5,023.62 | 2,896.81 | 2,896.81 | 0.00 | 0.00 |
| SAGE TELECOM | Uns | 69.55 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 644.62 | 644.62 | 644.62 | 0.00 | 0.00 |
| SHORT TERM LOANS LLC | Uns | 455.28 | 464.48 | 464.48 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 154.44 | NA | NA | 0.00 | 0.00 |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SWEDISH AMERICAN | Uns | 545.17 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 649.50 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 2,284.67 | 1,064.02 | 1,064.02 | 0.00 | 0.00 |
| SWISS COLONY | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC. | Uns | 1,097.00 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| COMED CO | Uns | 706.79 | 717.39 | 717.39 | 0.00 | 0.00 |
| KINGS ACRE SELF STORAGE LLC | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK NA | Uns | 319.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, | Uns | 0.00 | 766.95 | 766.95 | 0.00 | 0.00 |
| PALISADES COLLECTION LLC | Uns | 979.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 0.00 | 520.00 | 520.00 | 0.00 | 0.00 |
| CHECK IT | Uns | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 29,000.00 | $ 837.48 | $ 362.52 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 29,000.00 | $ 837.48 | $ 362.52 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 22,841.78 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 435.68 |
| Disbursements to Creditors | $ 1,200.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,635.68 |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>01/14/2010</u>                By:  <u>/s/ Lydia S. Meyer</u>
                                              Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**